IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

---

**Nadine Gazzola**, individually, and as co-owner, President, and as BATFE Federal Firearms Licensee Responsible Person for **Zero Tolerance Manufacturing, Inc.**;

**Seth Gazzola**, individually, and as co-owner, Vice President, and as BATFE FFL Responsible Person for **Zero Tolerance Manufacturing, Inc.**;

**John A. Hanusik**, individually, and as owner and as BATFE FFL Responsible Person for d/b/a "**AGA Sales**";

**Jim Ingerick**, individually, and as owner and as BATFE FFL Responsible Person for **Ingerick's, LLC,** d/b/a "**Avon Gun & Hunting Supply**";

**Christopher Martello**, individually, and as owner and as BATFE FFL Responsible Person for **Performance Paintball, Inc.**, d/b/a "**Ikkin Arms**,";

**Michael Mastrogiovanni**, individually, and as owner and as BATFE FFL Responsible Person for "**Spur Shooters Supply**";

**Robert Owens**, individually, and as owner and as BATFE FFL Responsible Person for "**Thousand Islands Armory**";

**Craig Serafini**, individually, and as owner and as BATFE FFL Responsible Person for **Upstate Guns and Ammo, LLC**; and,

**Nick Affronti**, individually, and as BATFE FFL Responsible Person for "East Side Traders LLC"; and,

**Empire State Arms Collectors, Inc.**;

    Plaintiffs

  *v.*

**KATHLEEN HOCHUL**, in her Official Capacity as Governor of the State of New York;

**STEVEN A. NIGRELLI**, in his Official Capacity as the Acting Superintendent of the New York State Police;

Civ. No.: 1:22-cv-1134 (BKS/DJS)

**NOTICE OF APPEPAL**

**ROSSANA ROSADO**, in her Official Capacity as the Commissioner of the Department of Criminal Justice Services of the New York State Police; and,

**LETICIA JAMES**, in her Official Capacity as the Attorney General of the State of New York,

    **Defendants**

_____

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Nadine Gazzola, Seth Gazzola, Zero Tolerance Manufacturing, Inc.; John A. Hanusik, "AGA Sales"; Jim Ingerick, Ingerick's, LLC, d/b/a "Avon Gun & Hunting Supply"; Christopher Martello, Performance Paintball, Inc., d/b/a "Ikkin Arms"; Michael Mastrogiovanni, "Spur Shooters Supply"; Robert Owens, "Thousand Islands Armory"; Craig Serafini, Upstate Guns and Ammo, LLC; Nick Affronti; and, Empire State Arms Collectors, Inc. ("Plaintiffs") hereby appeal to the United States Court of Appeals for the Second Circuit from the "Text Order" entered in this matter on December 2, 2022 (ECF No. 37).

*Respectfully submitted this 8th day of November 2022,*

                                                Attorney for the Plaintiffs

                                               *Paloma A. Capanna*

                                               Paloma A. Capanna, Attorney

                                               N.D.N.Y. Bar Roll No.: 703996
                                               106-B Professional Park Drive
                                               Beaufort, North Carolina 28516
                                               (315) 584-2929 mobile
                                               (585) 377-7260
                                               pcapanna@yahoo.com

APPEAL,MANDATORY–MEDIATION,MOTREF

# U.S. District Court
## Northern District of New York – Main Office (Syracuse) [NextGen CM/ECF Release 1.7 (Revision 1.7.1.1)] (Albany)
### CIVIL DOCKET FOR CASE #: 1:22–cv–01134–BKS–DJS

| | |
|---|---|
| Gazzola et al v. Hochul et al | Date Filed: 11/01/2022 |
| Assigned to: Chief Judge Brenda K. Sannes | Jury Demand: None |
| Referred to: Magistrate Judge Daniel J. Stewart | Nature of Suit: 440 Civil Rights: Other |
| Cause: 42:1983 Civil Rights Act | Jurisdiction: Federal Question |

**Plaintiff**

**Nadine Gazzola**
*individually, and as co-owner, President, and as BATFE Federal Firearms Licensee Responsible Person for Zero Tolerance Manufacturing, Inc.*

represented by **Paloma A. Capanna**
Law Office of Paloma A. Capanna, P.C.
106–B Professional Park Drive
Beaufort, NC 28516
315–584–2929
Email: pcapanna@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2022*

**Plaintiff**

**Seth Gazzola**
*individually, and as co-owner, Vice President, and as BATFE FFL Responsible Person for Zero Tolerance Manufacturing, Inc.*

represented by **Paloma A. Capanna**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2022*

**Plaintiff**

**John A. Hanusik**
*individually, and as owner and as BATFE FFL Responsible Person for d/b/a AGA Sales*

represented by **Paloma A. Capanna**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2022*

**Plaintiff**

**Jim Ingerick**
*individually, and as owner and as BATFE FFL Resonsible Person for Ingerick's LLC, d/b/a Avon Gun & Hunting Supply*

represented by **Paloma A. Capanna**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2022*

**Plaintiff**

**Christopher Martello**
*individually, and as owner and as BATFE FFL Responsible Person for Performance Paintball, Inc. d/b/a Ikkin Arms*

represented by **Paloma A. Capanna**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2022*

**Plaintiff**

**Michael Mastrogiovanni**
*individually, and as owner as as BATFE FFL Responsible Person for Spur Shooters Supply*

represented by **Paloma A. Capanna**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

|  |  |
|---|---|
|  | *Bar Status: Active*<br>*Fee Status: paid_2022* |

**Plaintiff**

**Robert Owens**
*individually, and as owner and as BATFE FFL Responsible Person for Thousand Islands Armory*

represented by **Paloma A. Capanna**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2022*

**Plaintiff**

**Craig Serafini**
*individually, and as owner and as BATFE FFL Responsible Person for Upstate Guns and Ammo, LLC*

represented by **Paloma A. Capanna**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2022*

**Plaintiff**

**Nick Affronti**
*individually, and as BATFE FFL Responsible Person for East Side Traders LLC*

represented by **Paloma A. Capanna**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2022*

**Plaintiff**

**Empire State Arms Collectors Association, Inc.**

represented by **Paloma A. Capanna**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2022*

V.

**Defendant**

**Kathleen Hochul**
*in her Official Capacity as Governor of the State of New York*

represented by **Aimee Cowan**
New York State Attorney General –
Syracuse Regional Office
300 South State Street – Suite 300
Syracuse, NY 13202
315–448–4808
Fax: 315–448–4808
Email: aimee.cowan@ag.ny.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: waived_2019*

**Timothy P. Mulvey**
NYS Office of The Attorney General
300 South State Street – Suite 300
Syracuse, NY 13202
315–448–4800
Email: timothy.mulvey@ag.ny.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: waived_2019*

**Defendant**

**Steven A. Nigrelli**
*in his Official Capacity as the Acting Superintendent of the New York State Police*

represented by **Aimee Cowan**
(See above for address)
LEAD ATTORNEY
ATTORNEY TO BE NOTICED
*Bar Status: Active*
*Fee Status: waived_2019*

**Timothy P. Mulvey**
(See above for address)
LEAD ATTORNEY
ATTORNEY TO BE NOTICED
*Bar Status: Active*
*Fee Status: waived_2019*

**Defendant**

**Rossana Rosado**
*in her Official Capacity as the Commissioner of the Department of Criminal Justice Services of the New York State Police*

represented by **Aimee Cowan**
(See above for address)
LEAD ATTORNEY
ATTORNEY TO BE NOTICED
*Bar Status: Active*
*Fee Status: waived_2019*

**Timothy P. Mulvey**
(See above for address)
LEAD ATTORNEY
ATTORNEY TO BE NOTICED
*Bar Status: Active*
*Fee Status: waived_2019*

**Defendant**

**Leticia James**
*in her Official Capacity as the Attorney General of the State of New York*

represented by **Aimee Cowan**
(See above for address)
LEAD ATTORNEY
ATTORNEY TO BE NOTICED
*Bar Status: Active*
*Fee Status: waived_2019*

**Timothy P. Mulvey**
(See above for address)
LEAD ATTORNEY
ATTORNEY TO BE NOTICED
*Bar Status: Active*
*Fee Status: waived_2019*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 11/01/2022 | 1 | COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF against Kathleen Hochul, Leticia James, Steven A. Nigrelli, Rossana Rosado (Filing fee $402 receipt number ANYNDC–6086517) filed by Michael Mastrogiovanni, Seth Gazzola, Jim Ingerick, Christopher Martello, Nick Affronti, Craig Serafini, Nadine Gazzola, Robert Owens, John A. Hanusik. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Notice of Related Cases, # 6 Payment Confirmation, # 7 Civil Cover Sheet)(egr) (Entered: 11/02/2022) |
| 11/01/2022 | 2 | Summons Issued as to Kathleen Hochul. (egr, ) (Entered: 11/02/2022) |
| 11/01/2022 | 3 | Summons Issued as to Steven A. Nigrelli. (egr, ) (Entered: 11/02/2022) |

| | | |
|---|---|---|
| 11/01/2022 | 4 | Summons Issued as to Rossana Rosado. (egr, ) Modified on 11/2/2022 to reflect correct date of filing. (egr) (Entered: 11/02/2022) |
| 11/01/2022 | 5 | Summons Issued as to Leticia James. (egr, ) (Entered: 11/02/2022) |
| 11/01/2022 | 6 | G.O. 25 FILING ORDER ISSUED: Initial Conference set for 1/30/2023 09:00 AM in Albany before Magistrate Judge Christian F. Hummel. Civil Case Management Plan must be filed and Mandatory Disclosures are to be exchanged by the parties on or before 1/23/2023. (Pursuant to Local Rule 26.2, mandatory disclosures are to be exchanged among the parties but are NOT to be filed with the Court.) (egr, ) (Entered: 11/02/2022) |
| 11/02/2022 | | TEXT Notice pursuant to General Order 12 of Potential Related Case(s) submitted to District Judge for review and determination. Potential Related cases: 1:22−cv−734 and 1:22−cv−986. (lmw) (Entered: 11/03/2022) |
| 11/03/2022 | 7 | TEXT ORDER denying Direct Assignment. The cases are not related, and the Clerk is directed to randomly reassign the case. SO ORDERED by U.S. District Judge Glenn T. Suddaby on 11/3/22. (lmw) (Entered: 11/03/2022) |
| 11/03/2022 | 8 | ORDER REASSIGNING CASE. Case reassigned to Senior Judge Thomas J. McAvoy and Magistrate Judge Daniel J. Stewart for all further proceedings. U.S. District Judge Glenn T. Suddaby, Magistrate Judge Christian F. Hummel no longer assigned to case. Signed by U.S. District Judge Glenn T. Suddaby on 11/3/2022. (egr, ) (Entered: 11/03/2022) |
| 11/04/2022 | 9 | ORDER REASSIGNING CASE. Case reassigned to Chief Judge Brenda K. Sannes for all further proceedings. Senior Judge Thomas J. McAvoy no longer assigned to case. Signed by Senior Judge Thomas J. McAvoy on 11/4/2022. (egr, ) (Entered: 11/04/2022) |
| 11/07/2022 | 10 | NOTICE of Appearance by Aimee Cowan on behalf of Kathleen Hochul, Leticia James, Steven A. Nigrelli (Cowan, Aimee) (Entered: 11/07/2022) |
| 11/07/2022 | 11 | NOTICE of Appearance by Timothy P. Mulvey on behalf of Kathleen Hochul, Leticia James, Steven A. Nigrelli (Mulvey, Timothy) (Entered: 11/07/2022) |
| 11/08/2022 | 12 | NOTICE of Appearance by Timothy P. Mulvey on behalf of Kathleen Hochul, Leticia James, Steven A. Nigrelli (Mulvey, Timothy) (Entered: 11/08/2022) |
| 11/08/2022 | 13 | First MOTION for Preliminary Injunction *and/or TRO* filed by Nick Affronti, Empire State Arms Collectors Association, Inc., Nadine Gazzola, Seth Gazzola, John A. Hanusik, Jim Ingerick, Christopher Martello, Michael Mastrogiovanni, Robert Owens, Craig Serafini. Motion returnable before Judge Sannes Response to Motion due by 11/29/2022. Reply to Response to Motion due by 12/6/2022 (Attachments: # 1 Declaration Counsel for the Plaintiffs, # 2 Declaration Plaintiff Nadine Gazzola, # 3 Declaration Plaintiff Seth Gazzola, # 4 Declaration Plaintiff Craig Serafini, # 5 Declaration Plaintiff Michael Mastrogiovanni, # 6 Declaration Plaintiff Christopher Martello, # 7 Declaration Plaintiff Nicholas Affronti, # 8 Declaration Plaintiff Robert Owens, # 9 Declaration Plaintiff John A. Hanusik, # 10 Proposed Order/Judgment, # 11 Memorandum of Law) (Capanna, Paloma) (Entered: 11/08/2022) |
| 11/09/2022 | 14 | TEXT ORDER: The Court has reviewed the 1 complaint, 13 Plaintiffs' motion for preliminary injunction and/or temporary restraining order, and all attachments. The Court notes that Plaintiffs' certificate of service indicates that the motion papers "were served electronically upon Counsel to the Defendants through the court's electronic filing system" and that Defendants' counsel has appeared in this action. (Dkt. No. 13, at 8; see Dkt. Nos. 10–12 (notices of appearance by counsel for Defendants)). However, no counsel has appeared for Defendant Rossana Rosado and Plaintiffs do not indicate that they have served the motion papers on Rosado. Further, Plaintiffs' certificate of service is neither signed nor dated. Accordingly, Plaintiffs are directed to serve the complaint, motion papers, and all attachments on Rosado by November 14, 2022, and file a properly executed certificate of service as to all Defendants by November 14, 2022. A video teleconference is scheduled for Thursday, November 10, 2022, at 9:00 a.m. via Microsoft Teams to set a briefing schedule. SO ORDERED by Chief Judge Brenda K. Sannes on 11/9/2022. (nmk) (Entered: 11/09/2022) |

| | | |
|---|---|---|
| 11/09/2022 | 15 | NOTICE by Nick Affronti, Empire State Arms Collectors Association, Inc., Nadine Gazzola, Seth Gazzola, John A. Hanusik, Jim Ingerick, Christopher Martello, Michael Mastrogiovanni, Robert Owens, Craig Serafini re 13 First MOTION for Preliminary Injunction *and/or TRO* filed by Nick Affronti, Empire State Arms Collectors Association, Inc., Nadine Gazzola, Seth Gazzola, John A. Hanusik, Jim Ingerick, Christopher Martello, Michael Mastrogiovanni, Robert Owens, *Exhibits 1–10 (will be total of 3 uploads)* (Attachments: # 1 Exhibit(s), # 2 Exhibit(s), # 3 Exhibit(s), # 4 Exhibit(s), # 5 Exhibit(s), # 6 Exhibit(s), # 7 Exhibit(s), # 8 Exhibit(s), # 9 Exhibit(s), # 10 Exhibit(s))(Capanna, Paloma) (Entered: 11/09/2022) |
| 11/09/2022 | 16 | NOTICE by Nick Affronti, Empire State Arms Collectors Association, Inc., Nadine Gazzola, Seth Gazzola, John A. Hanusik, Jim Ingerick, Christopher Martello, Michael Mastrogiovanni, Robert Owens, Craig Serafini re 13 First MOTION for Preliminary Injunction *and/or TRO* filed by Nick Affronti, Empire State Arms Collectors Association, Inc., Nadine Gazzola, Seth Gazzola, John A. Hanusik, Jim Ingerick, Christopher Martello, Michael Mastrogiovanni, Robert Owens, *NOTE: cmecf will NOT upload ATF Form Exhibits* (Attachments: # 1 Exhibit(s), # 2 Exhibit(s), # 3 Exhibit(s), # 4 Exhibit(s), # 5 Exhibit(s), # 6 Exhibit(s))(Capanna, Paloma) (Entered: 11/09/2022) |
| 11/09/2022 | 17 | NOTICE by Nick Affronti, Empire State Arms Collectors Association, Inc., Nadine Gazzola, Seth Gazzola, John A. Hanusik, Jim Ingerick, Christopher Martello, Michael Mastrogiovanni, Robert Owens, Craig Serafini re 13 First MOTION for Preliminary Injunction *and/or TRO* filed by Nick Affronti, Empire State Arms Collectors Association, Inc., Nadine Gazzola, Seth Gazzola, John A. Hanusik, Jim Ingerick, Christopher Martello, Michael Mastrogiovanni, Robert Owens, *cm/ecf will NOT allow upload Exhibits 22 (Albany Co. Sher.) and 33 (H.Res.)* (Attachments: # 1 Exhibit(s), # 2 Exhibit(s), # 3 Exhibit(s), # 4 Exhibit(s), # 5 Exhibit(s), # 6 Exhibit(s), # 7 Exhibit(s), # 8 Exhibit(s), # 9 Exhibit(s), # 10 Exhibit(s), # 11 Exhibit(s), # 12 Exhibit(s))(Capanna, Paloma) (Entered: 11/09/2022) |
| 11/09/2022 | 18 | AFFIDAVIT of Service for Complaint; Mediation packet served on Kathleen Hochul (substitute) on November 4, 2022, filed by Nick Affronti, Empire State Arms Collectors Association, Inc., Nadine Gazzola, Seth Gazzola, John A. Hanusik, Jim Ingerick, Christopher Martello, Michael Mastrogiovanni, Robert Owens, Craig Serafini. (Capanna, Paloma) (Entered: 11/09/2022) |
| 11/09/2022 | 19 | AFFIDAVIT of Service for Complaint; Mediation packet served on Steven Nigrelli (substitute) on November 4, 2022, filed by Nick Affronti, Empire State Arms Collectors Association, Inc., Nadine Gazzola, Seth Gazzola, John A. Hanusik, Jim Ingerick, Christopher Martello, Michael Mastrogiovanni, Robert Owens, Craig Serafini. (Capanna, Paloma) (Entered: 11/09/2022) |
| 11/09/2022 | 20 | AFFIDAVIT of Service for Complaint; Mediation packet served on Rosanne Rosado (substitute) on November 4, 2022, filed by Nick Affronti, Empire State Arms Collectors Association, Inc., Nadine Gazzola, Seth Gazzola, John A. Hanusik, Jim Ingerick, Christopher Martello, Michael Mastrogiovanni, Robert Owens, Craig Serafini. (Capanna, Paloma) (Entered: 11/09/2022) |
| 11/09/2022 | 21 | AFFIDAVIT of Service for Complaint; Mediation packet served on Leticia James (substitute) on November 4, 2022, filed by Nick Affronti, Empire State Arms Collectors Association, Inc., Nadine Gazzola, Seth Gazzola, John A. Hanusik, Jim Ingerick, Christopher Martello, Michael Mastrogiovanni, Robert Owens, Craig Serafini. (Capanna, Paloma) (Entered: 11/09/2022) |
| 11/09/2022 | | ***Answer due date updated for Kathleen Hochul answer due 11/25/2022; Leticia James answer due 11/25/2022; Steven A. Nigrelli answer due 11/25/2022; Rossana Rosado answer due 11/25/2022. (ztc) (Entered: 11/09/2022) |
| 11/10/2022 | 22 | NOTICE of Appearance by Aimee Cowan on behalf of All Defendants (Cowan, Aimee) (Entered: 11/10/2022) |
| 11/10/2022 | 23 | NOTICE of Appearance by Timothy P. Mulvey on behalf of Rossana Rosado (Mulvey, Timothy) (Entered: 11/10/2022) |
| 11/10/2022 | | TEXT Minute Entry for Telephone Conference held on 11/10/2022 before Chief Judge Brenda K. Sannes: Counsel provide an update on service and representation of defendant Rosado. After a discussion with counsel, the court set the following briefing |

| | | |
|---|---|---|
| | | schedule for the 13 Motion for TRO: A response is due by 11/22/2022; a reply is due by 11/25/2022. The answer deadline for defendants is STAYED pending briefing on the injunctive relief. A hearing is tentatively set for 12/1/2022 at 3:00 p.m. in Syracuse. Appearances: Paloma Capanna, Esq. for plaintiffs; Aimee Cowan, Esq. and Tim Mulvey, Esq. for defendants. (Court Reporter: Eileen McDonough. Time: 8:57 a.m. – 9:16 a.m.) (nmk) (Entered: 11/10/2022) |
| 11/10/2022 | | Set Deadlines as to 13 First MOTION for TRO: Response to Motion due by 11/22/2022. Reply to Response to Motion due by 11/25/2022. Motion Hearing set for 12/1/2022 at 03:00 PM in Syracuse before Chief Judge Brenda K. Sannes. (nmk) (Entered: 11/10/2022) |
| 11/15/2022 | 24 | NOTICE by Nick Affronti, Empire State Arms Collectors Association, Inc., Nadine Gazzola, Seth Gazzola, John A. Hanusik, Jim Ingerick, Christopher Martello, Michael Mastrogiovanni, Robert Owens, Craig Serafini re 13 First MOTION for Preliminary Injunction *and/or TRO* filed by Nick Affronti, Empire State Arms Collectors Association, Inc., Nadine Gazzola, Seth Gazzola, John A. Hanusik, Jim Ingerick, Christopher Martello, Michael Mastrogiovanni, Robert Owens, *Plaintiffs' Exhibits 12, 16, 17, 19, and 33* (Attachments: # 1 Exhibit(s) ATF Form 4473, # 2 Exhibit(s) ATF Form 3310.6, # 3 Exhibit(s) ATF Form 3310.11, # 4 Exhibit(s) ATF Form 7, # 5 Exhibit(s) H.Res.1436)(Capanna, Paloma) (Entered: 11/15/2022) |
| 11/16/2022 | 25 | Letter Request Motion *Letter on joint approval of Counsel to request to adjourn Rule 16 conference and associated deadlines* by Nick Affronti, Empire State Arms Collectors Association, Inc., Nadine Gazzola, Seth Gazzola, John A. Hanusik, Jim Ingerick, Christopher Martello, Michael Mastrogiovanni, Robert Owens, Craig Serafini. (Capanna, Paloma) Modified on 11/17/2022 To Reflect Correct Event, Previously filed as "Civil Case Management Plan" (egr, ). (Entered: 11/16/2022) |
| 11/17/2022 | 26 | Letter Motion from Aimee Cowan for Kathleen Hochul, Leticia James, Steven A. Nigrelli, Rossana Rosado requesting 5−page extension for Defendants' Memorandum of Law in Opposition submitted to Judge Brenda K. Sannes . (Cowan, Aimee) (Entered: 11/17/2022) |
| 11/18/2022 | 27 | TEXT ORDER: granting 26 Letter requesting a 5−page extension for Defendants' Memorandum of Law in Opposition. Defendants may submit an oversized memorandum of law, not to exceed 30 pages in length. SO ORDERED by Chief Judge Brenda K. Sannes on 11/18/2022. (nmk) (Entered: 11/18/2022) |
| 11/21/2022 | 28 | TEXT ORDER granting the parties' joint 25 Letter Motion seeking an adjournment of the Rule 16 Initial Conference in this matter pending resolution of the Motion for Temporary Injunctive Relief. The Rule 16 Initial Conference set for January 30, 2023 and the deadline for the parties to file a proposed Civil Case Management Plan and exchange Mandatory Disclosures are ADJOURNED without date at this time. SO ORDERED by Magistrate Judge Daniel J. Stewart on 11/21/2022. (mab) (Entered: 11/21/2022) |
| 11/22/2022 | 29 | RESPONSE in Opposition re 13 First MOTION for Preliminary Injunction *and/or TRO* filed by Nick Affronti, Empire State Arms Collectors Association, Inc., Nadine Gazzola, Seth Gazzola, John A. Hanusik, Jim Ingerick, Christopher Martello, Michael Mastrogiovanni, Robert Owens, filed by Kathleen Hochul, Leticia James, Steven A. Nigrelli, Rossana Rosado. (Attachments: # 1 Declaration, # 2 Exhibit(s) A, # 3 Exhibit(s) B, # 4 Exhibit(s) C, # 5 Exhibit(s) D)(Cowan, Aimee) (Entered: 11/22/2022) |
| 11/22/2022 | 30 | CERTIFICATE OF SERVICE by Kathleen Hochul, Leticia James, Steven A. Nigrelli, Rossana Rosado re 29 Response in Opposition to Motion,, (Cowan, Aimee) (Entered: 11/22/2022) |
| 11/23/2022 | 31 | Letter Motion from Paloma A. Capanna, Attorney for Nick Affronti, Empire State Arms Collectors Association, Inc., Nadine Gazzola, Seth Gazzola, John A. Hanusik, Jim Ingerick, Christopher Martello, Michael Mastrogiovanni, Robert Owens, Craig Serafini requesting 5−page extension for Plaintiffs' Reply Memorandum of Law submitted to Judge Brenda K. Sannes . (Capanna, Paloma) (Entered: 11/23/2022) |
| 11/23/2022 | 32 | TEXT ORDER: granting 31 Letter requesting a 5−page extension for Plaintiffs' Reply Brief. Plaintiffs may submit an oversized reply, not to exceed 15 pages in length. SO ORDERED by Chief Judge Brenda K. Sannes on 11/23/2022. (nmk) (Entered: |

| | | |
|---|---|---|
| | | 11/23/2022) |
| 11/25/2022 | 33 | REPLY to Response to Motion re 13 First MOTION for Preliminary Injunction *and/or TRO* filed by Nick Affronti, Empire State Arms Collectors Association, Inc., Nadine Gazzola, Seth Gazzola, John A. Hanusik, Jim Ingerick, Christopher Martello, Michael Mastrogiovanni, Robert Owens, filed by Nick Affronti, Empire State Arms Collectors Association, Inc., Nadine Gazzola, Seth Gazzola, John A. Hanusik, Jim Ingerick, Christopher Martello, Michael Mastrogiovanni, Robert Owens, Craig Serafini. (Attachments: # 1 Exhibit(s) Plaintiffs' Exhibit 34)(Capanna, Paloma) (Entered: 11/25/2022) |
| 11/25/2022 | 34 | CERTIFICATE OF SERVICE by Nick Affronti, Empire State Arms Collectors Association, Inc., Nadine Gazzola, Seth Gazzola, John A. Hanusik, Jim Ingerick, Christopher Martello, Michael Mastrogiovanni, Robert Owens, Craig Serafini re 33 Reply to Response to Motion,, (Capanna, Paloma) (Entered: 11/25/2022) |
| 11/30/2022 | 35 | STATUS REPORT *chart for oral arguments; confirm statute corrections* by Nick Affronti, Empire State Arms Collectors Association, Inc., Nadine Gazzola, Seth Gazzola, John A. Hanusik, Jim Ingerick, Christopher Martello, Michael Mastrogiovanni, Robert Owens, Craig Serafini. (Capanna, Paloma) (Entered: 11/30/2022) |
| 11/30/2022 | 36 | TEXT ORDER: Plaintiffs' request 35 to use a chart summarizing Plaintiffs' claims [35, at 2] as a demonstrative exhibit during oral argument on December 1, 2022, is GRANTED. SO ORDERED by Chief Judge Brenda K. Sannes on 11/30/2022. (nmk) (Entered: 11/30/2022) |
| 12/01/2022 | | TEXT Minute Entry for Evidentiary Hearing held on 12/1/2022 before Chief Judge Brenda K. Sannes: The court allows supplemental arguments from Ms. Capanna and Mr. Mulvey, and questions counsel. The court reserves decision. A text and written order will be issued. Appearances: Paloma Capanna, Esq. for plaintiffs; Timothy Mulvey, Esq. and Aimee Cowan, Esq. for defendants. (Court Reporter: Jodi Hibbard. Time: 3:04 p.m. – 4:00 p.m.) (nmk) (Entered: 12/02/2022) |
| 12/02/2022 | 37 | TEXT ORDER: After carefully considering all of the parties' submissions in connection with 13 Plaintiffs' motion for a temporary restraining order and/or a preliminary injunction, as well as the oral argument presented at the hearing yesterday, the Court DENIES Plaintiffs' 13 motion, and will not issue a temporary restraining order or a preliminary injunction. A written decision will follow shortly. SO ORDERED by Chief Judge Brenda K. Sannes on 12/2/2022. (nmk) (Entered: 12/02/2022) |
| 12/02/2022 | 38 | NOTICE OF APPEAL as to 37 Order on Motion for Preliminary Injunction, by Nick Affronti, Empire State Arms Collectors Association, Inc., Nadine Gazzola, Seth Gazzola, John A. Hanusik, Jim Ingerick, Christopher Martello, Michael Mastrogiovanni, Robert Owens, Craig Serafini. Filing fee $ 505, receipt number ANYNDC−6119417. (Capanna, Paloma) (Entered: 12/02/2022) |
| 12/02/2022 | 39 | ELECTRONIC NOTICE AND CERTIFICATION sent to US Court of Appeals re 38 Notice of Appeal, Filing Fee Paid (egr) (Entered: 12/02/2022) |