# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

April 24, 2023

Clerk
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

Re: Nadine Gazzola, et al.
v. Kathleen Hochul, Governor of New York, et al.
No. 22-622
(Your No. 22-3068)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari before judgment is denied.

Sincerely,

**Scott S. Harris**, Clerk