## Paloma A. Capanna
### Attorney & Policy Analyst

106-B Professional Park Drive                                           P. O. Box 495
Beaufort, North Carolina 28516                              Keene Valley, New York 12943
(585) 377-7260
(315) 584-2929 mobile

*Admitted to practice in NY, N.D.N.Y., W.D.N.Y.,
2d & 4th Cir., U.S. Supreme Court*

September 7, 2023

Hon. Eunice C. Lee
Hon. Dennis Jacobs
Hon. Gerard E. Lynch
United States Court of Appeals
Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square                                             *via CM/ECF*
New York, New York 10007

Re:   Nadine Gazzola, et al. v. Gov. Kathleen Hochul, et al.
      2d Cir Case No. 22-3068
      N.D.N.Y. Case No. 1:22-cv-1134 (BKS/DJS)

To the Justices of this Panel:

   On August 29, 2023, I filed an Emergency Motion on behalf of the plaintiffs, concerning devolving events that will reach an historic turning point at 11:59 p.m. on Tuesday, September 12, 2023. [90] I requested an expedited motion schedule as part of that motion. On August 31, 2023, I contacted the case management team and was informed our emergency motion was assigned to the panel of March 20, 2023, that being the panel who conducted oral arguments and before whom the larger Emergency Motion for Preliminary Injunction was deemed fully submitted on that date. [88]

   As of 9:00 a.m. today, there is no response from defense counsel.

   There is also no response from this court to either the Emergency Motion or the Emergency Motion for Preliminary Injunction.

   By end of day today, there will be only three business days remaining ahead of this catastrophic juncture for issues first raised in District Court on November 8, 2022. My responsibilities to my clients will lead me tomorrow to otherwise take the remaining judicial option to file an emergency motion to the U.S. Supreme Court, using this court's silence as constructive denial.

    This court did twice issue stays in the companion case of *Antonyuk II v. Nigrelli* within three (3) days. Under docket #22-2379 [16 (state motion), 22 (plaintiff opposition), 39 (order by the Hon. Eunice C. Lee with referral to three-judge panel)]. And under docket #22-2908 [18 (state motion), 31 (panel order)]. In neither instance was there a scheduling order.

    If there is any constructive progress to be made on the issues presented by our August 29, 2023 Emergency Motion, I respectfully request it be so stated and issue today.


Respectfully submitted,

*Paloma A. Capanna*

Paloma A. Capanna


c.: Beezly Kiernan, Esq., NYS Office of the Attorney General (via cm/ecf)