# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOMD CIRCUIT

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of September, two thousand twenty-three.

Before:  Dennis Jacobs,
     Gerard E. Lynch,
     Eunice C. Lee,
      *Circuit Judges,*

_____

Nadine Gazzola, individually, and as coowner, President, and as BATFE Federal Firearms Licensee Responsible Person for Zero Tolerance Manufacturing, Inc., Seth Gazzola, individually, and as coowner, Vice President, and as BATFE FFL Responsible Person for Zero Tolerance Manufacturing, Inc., John A. Hanusik, individually, and as owner and as BATFE FFL Responsible Person for d/b/a AGA Sales, Jim Ingerick, individually, and as owner and as BATFE FFL Resonsible Person for Ingerick's LLC, d/b/a Avon Gun & Hunting Supply, Christopher Martello, individually, and as owner and as BATFE FFL Responsible Person for Performance Paintball, Inc. d/b/a Ikkin Arms, Michael Mastrogiovanni, individually, and as owner as as BATFE FFL Responsible Person for Spur Shooters Supply, Robert Owens, individually, and as owner and as BATFE FFL Responsible Person for Thousand Islands Armory, Craig Serafini, individually, and as owner and as BATFE FFL Responsible Person for Upstate Guns and Ammo, LLC, Nick Affronti, individually, and as BATFE FFL Responsible Person for East Side Traders LLC, Empire State Arms Collectors Association, Inc.,

   Plaintiffs - Appellants,

v.

Kathleen Hochul, in her Official Capacity as Governor of the State of New York, Steven A. Nigrelli, in his Official Capacity as the Acting Superintendent of the New York State Police, Rossana Rosado, in her Official Capacity as

**ORDER**

Docket No. 22-3068

the Commissioner of the Department of Criminal Justice Services of the New York State Police, Leticia James, in her Official Capacity as the Attorney General of the State of New York,

        Defendants - Appellees.

_____

    Appellants seek to enjoin the New York State Police's implementation of firearm and ammunition background checks, which are scheduled to begin on September 13, 2023. They also seek to enjoin the New York State Police from conducting on-site inspections of firearm dealers.

    IT IS HEREBY ORDERED that the motion is DENIED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 09/08/2023