# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 12, 2024

Clerk
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

    Re:  Nadine Gazzola, et al.
           v. Kathleen Hochul, Governor of New York, et al.
           No. 23-995
           (Your No. 22-3068)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on March 7, 2024 and placed on the docket March 12, 2024 as No. 23-995.

                      Sincerely,

                      **Scott S. Harris**, Clerk

                      by

                      Angela Jimenez
                      Case Analyst